133 A.3d 1

Edward GRAZIANO, Petitioner

v.

COMMONWEALTH of Pennsylvania, Nancy
Giroux, Custodian (DOC), Respondents.

No. 5 EM 2016.

Supreme Court of Pennsylvania.

Feb. 24, 2016.

## ORDER

PER CURIAM

**AND NOW,** this 24th day of February, 2016, the Application for Extraordinary Relief Pursuant to King's Bench Authority is **DENIED.**

It is noted that the Court of Common Pleas of Philadelphia County has not yet adjudicated Petitioner's April 2013 petition. The Prothonotary is thus **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.

Justice EAKIN did not participate in the consideration or decision of this matter.